**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Ryan Corkum and Nicole T. Garlock, Defendants,

Of Whom Ryan Corkum is the Appellant.

In the interests of a minor under the age of eighteen.

Appellate Case No. 2023-000226

---

Appeal From Marion County
James G. McGee, III, Family Court Judge

---

Unpublished Opinion No. 2023-UP-266
Submitted July 11, 2023 – Filed July 12, 2023

---

**AFFIRMED**

---

Jennifer Lynn Mook, of Law Office of Jennifer Mook, LLC, of Aiken, for Appellant.

Sally Ward Peace, of Sally Ward Peace, PA, of Florence; and Scarlet Bell Moore, of Greenville, both for Respondent.

Stuart Wesley Snow, Jr., of Snow & Bailey Law Firm, P.A., of Florence, for the Guardian ad Litem.

_____

**PER CURIAM:**  Ryan Corkum appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Corkum's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and VINSON and VERDIN, JJ., concur.**

_____

[1] We decide this case without argument pursuant to Rule 215, SCACR.